February 13, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

MARK S. WOLFE, IN HIS OFFICIAL CAPACITY AS TEXAS STATE
HISTORIC, Appellant

NO. 14-14-00039-CV                              V.

MAX BOWEN, MAX BOWEN ENTERPRISES AND JUAN HIJO
INVESTMENTS, LTD, Appellees

_____

Today the Court heard appellant's motion to dismiss the appeal from the judgment signed by the court below on January 7, 2014. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Mark S. Wolfe, in his Official Capacity as Texas State Historic.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.